DEFENDANT: 4. GEORGE A. GADDY

YEAR OF BIRTH: 1945

ADDRESS: Denver, Colorado

COMPLAINT FILED: ____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____ YES   __X__ NO

Count Thirty-One:   Conspiracy to Use and Maintain Drug-Involved Premises
21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b)

Count Thirty-Two:   Using and Maintaining Drug-Involved Premises
21 U.S.C. § 856(a)(1) and (2) and (b)

Aiding and Abetting
18 U.S.C. § 2

LOCATION OF OFFENSE: Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Thirty-One: NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two: NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

**NOTICE OF FORFEITURE**

AGENT:   Special Agent Jason Cole
Alcohol Tobacco and Firearms

AUTHORIZED BY: Guy Till
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less     __X__ over five days     ____ other

THE GOVERNMENT

__X__ will seek detention in this case     ____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:     __X__     Yes     ____ No

2