IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-CR-10 – MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

**5.   DELBERT GARDNER**,

Defendant.

_____

**MOTION TO ALLOW SUBSTITUTE COUNSEL TO APPEAR AT ARRAIGNMENT SCHEDULED FOR FEBRUARY 23, 2012**
_____

COMES NOW Defendant Delbert Gardner, by and through counsel Scott Jurdem of the law firm of Jurdem, LLC, and respectfully moves this Honorable Court for an Order permitting his associate attorney, Thea L. Reiff, to appear as substitute counsel for Mr. Gardner at the Arraignment on the First Superceding Indictment scheduled for February 23, 2012, and states as follows:

1.   On January 31, 2012 Mr. Jurdem, appointed counsel, appeared with the Defendant Delbert Gardner for the first arraignment in Case No. 12-CR-10-MSK.

2.   On February 6, 2012 the government filed a "First Superceding Indictment." The Arraignment is scheduled for February 23, 2012 at 10:00 a.m.

3.   Mr. Jurdem requests that his associate, Ms. Thea L. Reiff of Jurdem, LLC, be permitted to act as substitute counsel for Mr. Jurdem at the Arraignment scheduled for February 23, 2012.

5.   Ms. Reiff is admitted to practice before this Court and, as Mr. Jurdem's associate,

has worked closely with Mr. Jurdem on Mr. Gardner's case. Ms. Reiff has been a participant in almost all aspects of the defense of his case thus far.

  WHEREFORE, The Defendant therefore respectfully requests that this Court permit Ms. Reiff to appear on Mr. Gardner's behalf at the Arraignment on the First Superceding Indictment scheduled for February 23, 2012.

Dated this 22nd day of February 2012.

                Respectfully submitted,

                s/   Scott Jurdem
                Scott Jurdem, No. 7840
                Jurdem, LLC
                820 Pearl St., Suite H
                Boulder, Colorado 80302
                Telephone:  (303) 402-6717

                ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Ariel Zusya Benjamin   abenjamin@springersteinberg.com

Charles W. Elliott   CWEMDEDME@aol.com, hamcwe@yahoo.com

Darren Randal Cantor   darren@cantorlaw.net

Dennis W. Hartley   Julia@hartleyslaw.com

Douglas Leo Romero   dougromero@coloradochristiandefensecounsel.com,

corinarreola@coloradochristiandefensecounsel.com,

sheilasweeney@coloradochristiandefensecounsel.com

Edward Robin Harris   Edward_Harris@fd.org, COX_ECF@fd.org, erhafpd@gmail.com

Eric Michael Lee   ericlee@coloradochristiandefensecounsel.com

Guy Till   guy.till@usdoj.gov, Lisa.Vargas@usdoj.gov, USACO.ECFCriminal@usdoj.gov

Harvey Abe Steinberg   law@springersteinberg.com, cambrose@springersteinberg.com

Jeffrey Richard Edelman   jredel@earthlink.net, jmesaros@jeffreyredelmanpc.com

John Henry Schlie   johnhenry@schlielawfirm.com

Jonathan S. Willett   jwillett@willettlaw.net, kbartell@willettlaw.net

Joseph Saint-Veltri   jsvlawoffice@gmail.com

Miller M. Leonard   miller@themillerleonardlawfirm.com

Normando R. Pacheco   joannasweetpea6@aol.com

R. Scott Reisch   rscottreisch@att.net, cassandra@reischlawfirm.com,

shannon@reischlawfirm.com

Ronald John Hahn   rhahn3677@hotmail.com

Thomas James Hammond hammondlaw@solucian.com

Timothy D. Edstrom timedstrom@coloradochristiandefensecounsel.com,

timedstrom@hotmail.com

                                       s/    Thea Reiff  
                                       Thea Reiff, Esq.  
                                       Jurdem, LLC  
                                       820 Pearl St., Suite H  
                                       Telephone:  (303) 402-6717  
                                       Facsimile: (303) 402-6718  
                                       E-Mail: tlr@jurdem.com