IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK-05

UNITED STATES OF AMERICA,

          Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.  GREGORY A. COLLINS,
4.  GEORGE A. GADDY,
5.  **DELBERT J. GARDNER,**
6.  RICHARD W. JOHNSON,
7.  SHEPS H. KHAMSAHU,
8.  ERIC LUGO,
9.  LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

          Defendants.

---

### GOVERNMENT'S UNOPPOSED RULE 48 MOTION TO DISMISS COUNT FIVE AND COUNT THIRTY-TWO AS TO DEFENDANT DELBERT J. GARDNER ONLY

---

The United States of America, by United States Attorney John F. Walsh, through the undersigned Assistant United States Attorney (Government), respectfully submits this Motion pursuant to Fed.R.Crim.P. 48 to dismiss without prejudice Count Five and Count

1

Thirty-Two of the Indictment (#1) and Superseding Indictment (#180) filed in the above captioned case as to Defendant Delbert J. Gardner only.

Defendant Delbert J. Gardner has been indicted in United States v. Robert Reed, et al., District of Colorado Criminal Case No.12-cr-00048-WJM.  The investigation underlying Case No.12-cr-00048-WJM involved court ordered wiretaps.  Discovery is extensive.  Count One of the Indictment in Case No.12-cr-00048-WJM alleges Defendant Gardner participated in a crack cocaine and cocaine distribution conspiracy. Said Count One carries statutory minimum mandatory penalties. The Defendant, as part of the disposition of charges against him in United States District Court for the District of Colorado, will voluntarily consent to the filing of an Information in Case No.12-cr-00048-WJM pursuant to Rule 7 based on the June 18, 2009, facts allegedly underlying Count Five in Case No.12-cr-00010-MSK.  Said Count Five alleges the defendant knowingly possessed with the intent to distribute a quantity (approximately 7 grams) of crack cocaine.

The Government respectfully advises the Court that the proposed disposition reflects the seriousness of the alleged offense conduct and will be consistent with the purposes of Title 18 U.S.C. Section 3553(a).

The Government respectfully advises the Court that Defendant Gardner does not oppose this Motion to dismiss without prejudice Count Five and Count Thirty-Two.

Respectfully submitted this 17th day pf April 2012.

                JOHN F. WALSH
                United States Attorney

By: *s/Guy Till*
     GUY TILL
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th St., Suite 700
     Denver, CO 80202
     Telephone:  (303) 454-0118
     Fax:  (303) 454-0401
     E-mail:  Guy.Till@usdoj.gov
     Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of April, 2012, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED RULE 48 MOTION TO DISMISS COUNT FIVE AND COUNT THIRTY-TWO AS TO DEFENDANT DELBERT J. GARDNER ONLY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By: s/ Lisa Vargas
LISA VARGAS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0406
E-mail: Lisa.Vargas@usdoj.gov