IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK-05

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.  GREGORY A. COLLINS,
4.  GEORGE A. GADDY,
5.  **DELBERT J. GARDNER,**
6.  RICHARD W. JOHNSON,
7.  SHEPS H. KHAMSAHU,
8.  ERIC LUGO,
9.  LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

        Defendants.

---

### ORDER TO DISMISS COUNT FIVE AND COUNT THIRTY-TWO
### AS TO DEFENDANT DELBERT J. GARDNER ONLY

---

The Court has reviewed the Motion of the United States of America, by United States Attorney John F. Walsh, through Assistant United States Attorney Guy Till (Government), filed pursuant to Fed.R.Crim.P. 48, asking to dismiss without prejudice Count Five and Count Thirty-Two of the Indictment (#1) and Superseding Indictment (#180) filed in the above captioned case as to Defendant Delbert J. Gardner only.

1

The Government advises the Court that Defendant Delbert J. Gardner has been indicted in United States v. Robert Reed, et al., District of Colorado Criminal Case No.12-cr-00048-WJM. The Government states the investigation underlying Case No.12-cr-00048-WJM involved court ordered wiretaps.  Discovery reportedly is extensive.  Count One of the Indictment in  Case No.12-cr-00048-WJM alleges Defendant Gardner participated in a crack cocaine and cocaine distribution conspiracy. Said Count One reportedly carries statutory minimum mandatory penalties. The Government informs the Court that the Defendant, as part of the disposition of charges against him in United States District Court for the District of Colorado, will voluntarily consent to the filing of an Information in Case No.12-cr-00048-WJM pursuant to Rule 7 based on the June 18, 2009, facts allegedly underlying Count Five in Case No.12-cr-00010-MSK.

The Government has stated to the Court that the proposed disposition reflects the seriousness of the alleged offense conduct and will be consistent with the purposes of Title 18 U.S.C. Section 3553(a).  The Government further advises the Court that Defendant Gardner does not oppose the Motion to dismiss without prejudice Count Five and Count Thirty-Two.

Being now sufficiently advised in the premises, the Court finds and concludes that the Motion has merit and shall be granted.

Accordingly, Count Five and Count Thirty-Two of the Indictment and the Superseding Indictment in the above captioned case are hereby dismissed without prejudice as to Defendant Delbert J. Gardner, only.  It is so ordered.

Signed and entered this _____ day of April 2012.

BY THE COURT:

_____
MARCIA S. KRIEGER
UNITED STATES DISTRICT COURT JUDGE