UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    GEORGE H. ASKEW,
2.    ROMELL E. BULLOCK,
3.    GREGORY A. COLLINS,
4.    GEORGE A. GADDY,
5.    **DELBERT J. GARDNER**,
6.    RICHARD JOHNSON,
7.    SHEPS H. KHAMSAHU,
8.    ERIC LUGO,
9.    LAWRENCE T. MARTIN,
10.   JOHNIE A. MYERS,
11.   DARELL R. PARKER,
12.   CALVIN R. RILEY,
13.   COREY L. RILEY,
14.   THOMAS A. SCHRAH, JR.,
15.   JAMES R. SWITZER, and
16.   CLIFFORD M. WRIGHT,

       Defendants.

## ORDER DISMISSING COUNTS FIVE AND THIRTY-TWO AS TO DEFENDANT DELBERT J. GARDNER

THIS MATTER comes before the Court on the Government's Unopposed Rule 48 Motion to Dismiss Count Five and Thirty-Two as to Defendant Delbert J. Gardner Only (Motion) **(#363)** filed April 17, 2012. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and Count Five and Count Thirty-Two of the Indictment and the Superseding Indictment in the above captioned case are hereby

dismissed without prejudice as to Defendant Delbert J. Gardner, only.

DATED this 17th day of April, 2012.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge